**State of IDAHO, Plaintiff–Appellant,**

v.

**Lon T. HORIUCHI, Defendant–Appellee.**

No. 98–30149.

United States Court of Appeals, Ninth Circuit.

Filed Sept. 29, 2000

Before: HUG, Chief Judge.

## ORDER

Upon the vote of a majority of nonrecused regular active judges of this court,[1] it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35–3. The three-judge panel opinion shall not be cited as precedent by or to this court or any district court of the Ninth

---

1. Judges Trott, Wardlaw and Fisher were recused.

Circuit, except to the extent adopted by the en banc court.